No. 9693. STATE OF MONTANA, upon the relation of MARVIN WELLINGTON SONGER, RELATOR, v. DISTRICT

COURT of the FIRST JUDICIAL DISTRICT of the STATE OF MONTANA, in and for the COUNTY OF LEWIS AND CLARK, and THE HONORABLE GEORGE W. PADBURY, JR., and THE HONORABLE VICTOR H. FALL, Judges of the FIRST JUDICIAL DISTRICT of the STATE OF MONTANA, Presiding, RESPONDENTS.

296 Pac. (2d) 1023.

Decided May 7, 1956.

*John H. Risken,* Helena, for Relator.

Per Curiam.

Relator's petition for the issuance of a writ of mandamus to be directed to the respondent district court and the judges thereof was this day heard by four members of this court and two favoring the issuance of the writ and two favoring its denial;

It is ordered that the writ be denied and the proceeding be dismissed.